■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON EDWARDS, Appellant.—Appeal by defendant from (1) a judgment of the County Court, Westchester County (Martin, J.), rendered December 13, 1983, convicting him of two counts of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence; and (2) a judgment of the same court (Braatz, J.), rendered November 2, 1984, convicting him of criminal use of drug paraphernalia in the second degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Judgments affirmed.

Defendant has failed to make a factual showing sufficient to establish a prima facie case of systematic discrimination by the People *(see, People v McCray,* 57 NY2d 542, *cert denied* 461 US 961; *People v Charles,* 61 NY2d 321, 329). We have considered defendant's other contentions and find them to be lacking in merit. Mollen, P. J., Thompson, Bracken and O'Connor, JJ., concur.